UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| EARL H. MACKEY, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 6:10-CV-105-C-BG |
| | ) | ECF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, TEXAS | ) | |
| REHABILITATION COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff brought suit against Defendants Texas Department of Assistive and Rehabilitative Services (sued as Texas Rehabilitation Commission) and Michael J. Astrue, Commissioner of Social Security, appealing an adverse disability insurance benefits decision pursuant to 42 U.S.C. § 405(g) and claiming violations of 18 U.S.C. § 241 and 42 U.S.C. § 1983. The United States Magistrate Judge entered a Report and Recommendation on August 8, 2011. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the claims in the above-styled and -numbered cause against Texas Department of Assistive and Rehabilitative Services are hereby **DISMISSED**.

Dated August 23, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE